*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:    September 15, 2016          D-54-16

_____

In the Matter of ATTORNEYS IN
    VIOLATION OF JUDICIARY LAW
    § 468-a.

COMMITTEE ON PROFESSIONAL                MEMORANDUM AND ORDER
    STANDARDS,                                ON MOTION
                        Petitioner;

YOUNG HAM,
                        Respondent.

(Attorney Registration No. 4111621)
_____

Calendar Date:   March 28, 2016

Before:   McCarthy, J.P., Egan Jr., Lynch, Rose and Mulvey, JJ.

_____

Monica A. Duffy, Committee on Professional Standards, Albany, for petitioner.

Young Ham, Los Angeles, California, respondent pro se.

_____

Per Curiam.

Respondent, who was admitted to practice by this Court in 2003, was suspended by this Court's order dated January 30, 2014 for failure to comply with the attorney registration requirements of Judiciary Law § 468-a (113 AD3d 1020 [2014]).

Respondent now requests reinstatement on the ground that he has complied with the attorney registration requirements of Judiciary Law § 468-a and the Rules of the Chief Administrator of the Courts (22 NYCRR) part 118.  Petitioner does not object to

respondent's application.

Respondent's application is granted and he is ordered reinstated, effective immediately.

McCarthy, J.P., Egan Jr., Lynch, Rose and Mulvey, JJ., concur.



ORDERED that respondent's application is granted; and it is further

ORDERED that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.



ENTER:

Robert D. Mayberger
Clerk of the Court